FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 JUL 30 A 8:45

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:06-cr-367-J-25TEM
USM NUMBER: 31790-018

V.

DEPARIS DENNIS

Defendant's Attorney: Donald Mairs, Esq. (Cja)

## THE DEFENDANT

**X** admitted guilt and is adjudicated guilty to violation of charge number's __1 -4__ of the conditions of supervised release of the Petition (Dkt. #37).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report to the probation office within 72 hours of release In Violation of the Standard Conditions of Release | August 14, 2008 |
| Two | Failure to submit written monthly reports in Violation of the Standard Conditions of Release | November 5, 2008 |
| Three | Failure to report as instructed In Violation of the Standard Conditions of Release | October 30, 2008 |
| Four | Failure to participate in Drug aftercare treatment in Violation of the Standard Conditions of Release | September 17, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | | |
|---|---|---|
| Defendant: | Deparis Dennis | Judgment - Page 1A of 3 |
| Case No.: | 3:06-cr-367-J-25TEM | |

Date of Imposition of Sentence: July 15, 2009

/s/ Henry Lee Adams, Jr.
HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July 25, 2009

| | |
|---|---|
| Defendant: Deparis Dennis | Judgment - Page 2 of 3 |
| Case No.: 3:06-cr-367-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **eight (8) months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.   p.m.   on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before p.m. on .

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be no further supervised release.